IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-63-D

| RICHARD B. SPOOR, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHN M. BARTH, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

The parties agree that complete diversity does not exist in this action. See 28 U.S.C. § 1332(a). Accordingly, the court GRANTS the motion to remand [D.E. 18]. The remaining motions [D.E. 16, 20, 23, 38, 41, 42, 46] are DISMISSED without prejudice as moot. The action is remanded to Wake County Superior Court.

SO ORDERED. This 30 day of October 2012.

JAMES C. DEVER III
Chief United States District Judge